

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| OEP HOLDINGS, LLC, MVT SERVICES, LLC, AND MESILLA VALLEY TRANSPORTATION SOLUTIONS, LLC, | § § § § | No. 08-18-00226-CV Appeal from the 327th District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2017-DCV-3020) |
| JAVIER RODRIGUEZ, | § | |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's order denying Appellants' motion to compel arbitration. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, see Tex.R.App.P. 43.5, on the judgment and all appellate costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF SEPTEMBER, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.